UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PROSPERO ALEXANDER<br>GONZALEZ-RODRIGUEZ | No. 1:25-mj-00095-JCN |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jonathan Lemay, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Border Patrol Agent with the United States Border Patrol ("USBP"), currently assigned to the Rangeley Border Patrol Station in Rangeley, Maine. I have been an agent with the USBP since 2008. I completed the USBP Academy in 2008, where I received instruction in constitutional law, immigration law, criminal law, and federal and civil statutes.

2. I make this affidavit in support of a Criminal Complaint charging Prospero Alexander GONZALEZ-RODRIGUEZ with one count of Illegal Re-Entry of Alien After Removal, in violation of Title 8, United States Code, Section 1326(a). The information contained in this affidavit is based on my own investigation, my review of materials and reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a Border Patrol agent.

### STATEMENT OF PROBABLE CAUSE

3. On March 5, 2025, at approximately 3:18 p.m., Deputy Maccione with the Franklin County Sheriff's Office stopped a motor vehicle on the Farmington Falls Road

1

in Farmington, Maine. There were four occupants inside the vehicle, including Prospero Alexander GONZALEZ-RODRIGUEZ (DOB 08/28/1982), who was a passenger.

4. During the traffic stop, the Deputy contacted USBP agent John Crosby Jr. and requested the assistance of the USBP. The Deputy reported that none of the occupants in the vehicle had valid U.S. driver's licenses, they had presented foreign documents, and he needed assistance in determining the validity of the documents.

5. USBP agent Crosby and I responded to the location of the traffic stop and identified ourselves as USBP agents in the Spanish language to the four occupants. I asked GONZALEZ-RODRIGUEZ about his country of citizenship, and GONZALEZ-RODRIGUEZ responded that he was a citizen of Guatemala. GONZALEZ-RODRIGUEZ admitted that he was in the United States illegally. A records check was performed via a mobile query which showed that GONZALEZ-RODRIGUEZ was in the U.S. illegally.

6. USBP agents detained GONZALEZ-RODRIGUEZ and transported him to the Rangeley Border Patrol Station for further processing.

7. At the station, GONZALEZ-RODRIGUEZ was advised of his *Miranda* rights and indicated that he would like a lawyer and the interview was concluded.

8. According to immigration records, GONZALEZ-RODRIGUEZ illegally entered the United States near Hidalgo, Texas, in 2004 and was arrested in Florida in 2010. GONZALEZ-RODRIGUEZ voluntarily departed the United States in September 2010. He reentered the United States illegally in October 2010 and was processed as an Expedited Removal. A final order of removal was issued on about October 9, 2010. GONZALEZ-RODRIGUEZ was removed from the United States on November 2, 2010, in Phoenix, Arizona. In November 2010, GONZALEZ-RODRIGUEZ illegally entered the United States in Texas and was arrested. He was removed on December 17, 2010, in San

Antonio, Texas. On about August 10, 2015, GONZALEZ-RODRIGUEZ illegally entered the United States near Hidalgo, Texas, and was arrested on August 14, 2015, in Sarita, Texas. Immigration records show that GONZALEZ-RODRIGUEZ was removed on August 21, 2015, in Harlingen, Texas, to Guatemala.

9. No record was found in any immigration database showing that GONZALEZ-RODRIGUEZ has any legal status in the United States or any claim to citizenship in the United States.

10. GONZALEZ-RODRIGUEZ was notified of his right to communicate with a consular officer from Guatemala, and GONZALEZ-RODRIGUEZ indicated that he would like to speak to the consulate office. GONZALEZ-RODRIGUEZ contacted the Guatemalan Consulate in Providence, Rhode Island, on March 6, 2025.

Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe GONZALEZ-RODRIGUEZ has violated Title 8, United States Code, Section 1326(a).

I, Jonathan Lemay, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Bangor, Maine this 10th day of March 2025.

Jonathan Lemay, Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Mar 10 2025

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title