## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

PROSPERO ALEXANDER
GONZALEZ-RODRIGUEZ

No. 1:25-mj-00095-JCN

## ORDER ON GOVERNMENT'S UNOPPOSED
## MOTION TO DISMISS COMPLAINT

The United States of America moved, pursuant to Rule 48(a) of the Federal Rules

of Criminal Procedure, to dismiss the complaint in the above-captioned matter relating

to the Defendant, Prospero Alexander Gonzalez-Rodriguez.

Upon motion of the United States, with notice to the defendant, and the Court

being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion to Dismiss Complaint is granted.

Dated:  March 18, 2025

/s/ John C. Nivison
U.S. Magistrate Judge